USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/26/2024

**THE LAW OFFICE OF**
# NOOR A. SAAB

380 N. Broadway, Ste 300
Jericho, New York 11753
Tel: (718) 740-5060 * Fax: (718) 709-5912
Email:  NoorASaabLaw@gmail.com

**QUEENS OFFICE**
148-02 Hillside Ave
Jamaica, New York 11435

Noor A. Saab, Esq.*
-----------
* Admitted in New York

April 24, 2024

**VIA ECF**
Honorable Judge Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl St., Courtroom 18D
New York, New York 10007

**Re:  Jasmine Robertson v. Classics & Country, Inc. - Case No.: 1:23-cv-09731-DEH-RWL**

Honorable Judge Robert W. Lehrburger:

     Plaintiff submits this letter motion respectfully requesting to stay all proceedings in this case, because the Plaintiff in this case has deceased.   The Complaint was filed on November 3, 2023 (Docket No: 1).  Defendant appeared by counsel and filed Waiver of The Service of Summons (Docket No. 6).  The time to Answer was extended to February 28, 2024 (Docket No.: 8).  The case was settled in principal and Notice of Settlement was filed on February 7, 2024 (Docket No. 9) and conditional Order of dismissal without prejudice was issued on February 8, 2024 (Docket No. 10).  Thereafter, the Court extended the time of the Dismissal of the case to April 25, 2024 (Docket No. 12).

     Sadly, the undersigned, counsel for the Plaintiff was notified by way of Plaintiff's sister, Ailya Robertson, that Plaintiff has passed away.   I have recently learned that the Plaintiff, Ms. Robertson succumbed to brain cancer, which caused her visual impairment.

     It took us few weeks to reach to the Plaintiff's next-of-kin.   Accordingly, I am respectfully requesting from the Court to stay all proceedings in this case for a period of ninety (90) days to permit time to the decedent's successor or representative to make a motion for substitution, pursuant to Fed. R. Civ. P. 25(a).   The Defendant's attorney has consented to this request.

     This is the first time Plaintiff's attorney seeks the relief requested, herein.

     The undersigned wishes to thank Your Honor and this Court for the time and attention to this matter.

     Respectfully submitted,

       /s/ Noor A. Saab
     Noor A. Saab, Esq.
     *Attorney for the Plaintiff*

Request granted. Plaintiff shall file a status report the earlier of 90 days from entry of this order, or appointment of a administrator or other representative who can substitute as plaintiff.

SO ORDERED:

04/26/2024

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE